THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARD SCARNICI, Appellant.

(Argued October 22, 1934; decided November 27, 1934.)

*William H. Murray* and *Milo R. Kniffen* for appellant.

*Harry E. Clinton*, District Attorney (*John J. Kelly*, *Sharon J. Mauhs* and *J. Ernest Wharton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LOUGHRAN, J.